## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                             CASE NO. 07-13110-NPO

**Lezell Jeffery and Laquita Jeffery**

**DEBTORS**                                       CHAPTER 13

### ORDER GRANTING MOTION TO MODIFY PLAN

CAME BEFORE THE COURT the Motion of the above-referenced Debtor for modification of their Chapter 13 Plan [Dkt# 50].

The Court finds that no responses have been filed, and that the Debtors' Motion is in order and should be granted.

THEREFORE, it is hereby Ordered that the Chapter 13 Plan is modified as follows:

A)  The 2006 Nissan Altima is surrendered to the Creditor;

B)  The Claim [#1] of Drive Financial Services will henceforth be treated as all other unsecured creditors and that no further payments be made by the Trustee to Creditor unless funds become available in the future for unsecured creditors;

C) The remaining arrears of the plan will be paid over the life of the modified plan.

D) The Chapter 13 Wage Order should be amended to provide for the completion of this plan as modified.

SO ORDERED

*Presented by*:
*/s/ W. Heath Franklin*
W. HEATH FRANKLIN, MSB# 99158
FRANKLIN LAW FIRM, PLLC
540 Main Streeet, Suites 301-303
Greenville, MS 38701
Phone 662-332-2230